```
CHRISTOPHER SHANE BOUNDS      US ATTORNEY GENERAL
409 HILLSIDE DR               US DEPT OF JUSTICE
PETAL, MS 39465               950 PENNSYLVANIA AVENW
                              WASHINGTON, DC 20530-0001


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


1ST FRANKLIN
6335 US HWY 49, STE 20
HATTIESBURG, MS 39401



CENTURYFST
3318 HARDY STREET
HATTIESBURG, MS 39401



CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062


CREDIT SYSTEMS
ATTN: BANKRUPTCY
PO BOX 1088
ARLINGTON, TX 76004


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232
```