## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      Christopher Shane Bounds, Debtor            Case No. 25-51862-KMS

                                                                                                                                                     CHAPTER 13

### CERTIFICATE OF COMPLIANCE OF PROVISION OF
### PAYMENT ADVICES TO CASE TRUSTEE

      COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee, David Rawlings, P.O. Box 566, Hattiesburg, MS 39403-0566 pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

      WITNESS my signature on January 12, 2026.

                                                    /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                    The Rollins Law Firm, PLLC
                                                    P.O Box 13767
                                                    Jackson, MS 39236
                                                    601-500-5533

### CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on January 12, 2026. All interested parties will receive electronic notification from the Court.

                                                    /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr.