# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51862  **Case Name:** Christopher Shane Bounds

**Set:** 02/24/2026 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)