United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51862-KMS

Christopher Shane Bounds     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Feb 09, 2026     Form ID: n031     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Shane Bounds, 409 Hillside Dr, Petal, MS 39465-3307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5600247 | | Email/Text: bankruptcy@1ffc.com | Feb 09 2026 19:31:00 | 1st Franklin, 6335 Us Hwy 49, Ste 20, Hattiesburg, MS 39401 |
| 5601667 | + | Email/Text: bankruptcy@1ffc.com | Feb 09 2026 19:31:00 | 1st Franklin Financial Corporation, PO BOX 880, ATTN: Admin Services, Toccoa GA 30577-0880 |
| 5601094 | | Email/Text: bankruptcy@centuryfirstfcu.com | Feb 09 2026 19:31:00 | CenturyFirst Federal Credit Union, 3318 Hardy Street, Hattiesburg MS 39401 |
| 5600248 | | Email/Text: bankruptcy@centuryfirstfcu.com | Feb 09 2026 19:31:00 | Centuryfst, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 5600249 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 09 2026 19:31:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5600250 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Feb 09 2026 19:31:00 | Credit Systems, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 5617851 | + | Email/Text: bankruptcy@towerloan.com | Feb 09 2026 19:31:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5600252 | + | Email/Text: ebone.woods@usdoj.gov | Feb 09 2026 19:31:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5600251 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2026 19:31:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5600253 | | Email/Text: bankruptcy@towerloan.com | Feb 09 2026 19:31:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5600254 | ^ | MEBN | Feb 09 2026 19:30:21 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: n031 | Total Noticed: 12 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Christopher Shane Bounds trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51862−KMS
**Chapter:** 13

**In re:**

Christopher Shane Bounds
aka Christopher S Bounds
409 Hillside Dr
Petal, MS 39465

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on February 9, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 9, 2026

Danny L. Miller, Clerk of Court